UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ ) <br> (DROSPIRENONE) ) <br> MARKETING, SALES ) <br> PRACTICES AND PRODUCTS ) <br> LIABILITY LITIGATION ) | 3:09-md-02100-DRH-PMF <br> MDL No. 2100 |

**This Document Relates to:**

Phyllis Houston Wells v. Bayer Healthcare Pharm. et al. No. 3:10-cv-10953-DRH-PMF
Veronica McCurdy v. Bayer Corp. et al. No. 3:10-cv-10229-DRH-PMF
Claresa Paige v. Bayer Corp. et al. No. 3:10-cv-11420-DRH-PMF
Diana Bedell v. Bayer Corp. et al. No. 3:10-cv-11720-DRH-PMF
Corinna Black v. Bayer Corp. et al. No. 3:10-cv-11859-DRH-PMF
Laurie Cauthen v. Bayer Corp., et al, No. 3:10-cv-11906-DRH-PMF
Selah Kight v. Bayer Corp., et al, No. 3:10-cv-11959-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed in this Court on January 18, 2011, plaintiffs' complaints are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:     /s/*Sandy Pannier*
            **Deputy Clerk**

Dated: January 19, 2011

David R. Herndon
2011.01.19 14:39:57
-06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT